## IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| LISYTTE STALLWORTH<br>4346 W. 61st Street<br>Cleveland, Ohio 44144 | : | CASE NO. |
| | : | JUDGE |
| Plaintiff, | : | |
| vs. | : | COMPLAINT |
| GOLD'S GYM<br>6700 Biddulph Avenue<br>Brooklyn, Ohio 44144 | : | |
| | : | |
| Defendant. | : | |

Plaintiff Lisytte Stallworth, for her Complaint against Defendant, states and alleges as follows:

### COUNT I

1. On May 1, 2017 at approximately 6:40 pm Plaintiff Lysette Stallworth was walking through Defendants facility when she was struck by a medicine ball and injured.

2. The direct and proximate cause of the incident referred to above was Defendant's negligence.

3. At the above stated date and time Plaintiff was a paid member of Defendants facility.


EXHIBIT B

Electronically Filed 04/25/2019 13:45 / CV 19 914480 / Confirmation Nbr. 1691643 / CLLMD

4. At the date and time of the alleged incident an employee of defendant, Gold's Gym, was conducting a training session with another member of defendant's facility.

5. Defendants employee was instructing the member on how to throw a medicine ball.

6. Defendant's employee became distracted during the training session and was not aware that the member she was instructing had thrown the medicine ball back to her.

7. As a direct and proximate result of Defendant's employee's negligence, Plaintiff, Lysette Stallworth sustained serious injuries, including, but not limited to her left knee and low back.

8. As a direct and proximate result of Defendant, Gold's Gym's negligence Plaintiff, Lysette Stallworth was personally injured; incurred medical care and treatment, and is reasonably certain to incur the same into the indefinite future; sustained severe pain, suffering, anxiety and a loss of ability to perform the usual activities of daily living and is reasonably certain to sustain additional pain, suffering, anxiety, and the inability to perform the usual activities of life in the future, incurred medical and other expenses, and all of her injuries are permanent in nature.

**Wherefore,** Plaintiff Lysette Stallworth demands judgment against Defendant in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), plus interest, attorney fees, costs, and such other relief to which she may be entitled.

Electronically Filed 04/25/2019 13:45 / / CV 19 914480 / Confirmation Nbr. 1691643 / CLLMD

2019051601933

Plaintiff also hereby demands a jury trial in the above captioned matter

RESPECTFULLY SUBMITTED,

MUSCA & MIRALIA

/s/ Benedict P. Miralia
BENEDICT P. MIRALIA (0039594)
526 E. Superior Ave., #353
Cleveland, Ohio 44114
(216) 696-7777
(216) 696-7787 (facsimile)
muscamiralia@gmail.com

Counsel for Plaintiff

Electronically Filed 04/25/2019 13:45 / / CV 19 914480 / Confirmation Nbr. 1691643 / CLLMD

2019051601933


# SUMMONS IN A CIVIL ACTION - COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER
## CLEVELAND, OHIO 44113

Case: 1:19-cv-01410-SO Doc #: 1-2 Filed: 06/19/19 4 of 4. PageID #: 14

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV19914480 | D1 FX | 38690888 |

Rule 4 (B) Ohio

Rules of Civil Procedure

| | |
|---|---|
| LISYTTE STALLWORTH | **PLAINTIFF** |
| VS | |
| GOLDS GYM | **DEFENDANT** |

## SUMMONS

GOLDS GYM
4001 MAPLE AVENUE
SUITE 200
DALLAS TX 75219-0000

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on: 

Said answer is required to be served on Plantiff's Attorney (Address denoted by arrow at left.)

Plantiff's Attorney

BENEDICT P MIRALIA
526 SUPERIOR AVE., EAST

SUITE 353
CLEVELAND, OH 44114-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

KELLY ANN GALLAGHER
Do not contact judge. Judge's name is given for attorney's reference only.

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



By_____
Deputy

| DATE SENT |
|---|
| May 22, 2019 |

COMPLAINT FILED   04/25/2019



CMSN130